## CLAUDIOUS W. CHANNER *v.* COMMISSIONER OF CORRECTION

The petitioner Claudious W. Channer's petition for certification for appeal from the Appellate Court, 67 Conn. App. 158 (AC 19507), is denied.

*Alan E. Dillon,* special public defender, in support of the petition.

*Eileen F. McCarthy,* assistant state's attorney, in opposition.

Decided February 14, 2002

## STATE OF CONNECTICUT *v.* JEFFREY WALKER

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 120 (AC 19699), is denied.

*Alan E. Dillon,* special public defender, in support of the petition.

*John A. East III,* assistant state's attorney, in opposition.

Decided February 14, 2002

## PATRICK A. TREGLIA *v.* ROBERT G. ZANESKY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 67 Conn. App. 447 (AC 19829), is denied.

*Ridgely W. Brown,* in support of the petition.

*Gerald L. Garlick* and *Joseph F. Mulvey,* in opposition.

Decided February 14, 2002